IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH P. LAROSE, SR., et al. | : | CIVIL ACTION |
| v. | : | |
| CHICHESTER SCHOOL DISTRICT, et al. | : | No. 09-2557 |

## O R D E R

AND NOW, this 31st day of March, 2010, IT IS HEREBY ORDERED that:

1. The defendants' motion to dismiss the plaintiffs' amended complaint (Doc. 9) is GRANTED as to the federal claims.

2. The case is REMANDED to the Court of Common Pleas of Delaware County, Pennsylvania, for resolution of the remaining state claims.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., S.J.